IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hoffman, Phillip H | Case Number: 07 B 13520 |
|---|---|---|
| | Hoffman, Anita M | Judge: Hollis, Pamela S |
| | Printed: 5/6/08 | Filed: 7/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 24, 2008
Confirmed: November 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,470.00 | |
| Secured: | | 3,282.62 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 187.38 |
| Other Funds: | | 0.00 |
| Totals: | 3,470.00 | 3,470.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,968.00 | 0.00 |
| 2. | Prestige Financial Services | Secured | 22,312.47 | 1,691.52 |
| 3. | Regional Acceptance | Secured | 20,987.99 | 1,591.10 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 3,666.66 | 0.00 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 6,162.68 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 549.10 | 0.00 |
| 7. | Fairlane Credit L.L.C. | Unsecured | 15,281.07 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 509.26 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 388.27 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 543.61 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 229.65 | 0.00 |
| 12. | Regional Acceptance | Unsecured | 954.19 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 353.12 | 0.00 |
| 14. | AT&T Wireless | Unsecured | 296.08 | 0.00 |
| 15. | Worldwide Financial Capital Bank | Unsecured | 98.15 | 0.00 |
| 16. | Prestige Financial Services | Unsecured | 3,145.61 | 0.00 |
| 17. | Asset Acceptance | Unsecured | 157.65 | 0.00 |
| 18. | World Financial Network Nat'l | Unsecured | 419.55 | 0.00 |
| 19. | Great Lakes Credit Union | Unsecured | 8,994.41 | 0.00 |
| 20. | Jefferson Capital Systems LLC | Unsecured | 1,005.99 | 0.00 |
| 21. | Jefferson Capital Systems LLC | Unsecured | 982.31 | 0.00 |
| 22. | B-Real LLC | Unsecured | 1,739.63 | 0.00 |
| 23. | Resurgent Capital Services | Unsecured | 568.31 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 636.21 | 0.00 |
| 25. | Chase Tax Related Products Group | Unsecured | 1,617.75 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hoffman, Phillip H | Case Number: 07 B 13520 |
|---|---|---|
| | Hoffman, Anita M | Judge: Hollis, Pamela S |
| | Printed: 5/6/08 | Filed: 7/27/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Gloria Adams | Priority | | No Claim Filed |
| 27. | Stenise Alexander | Priority | | No Claim Filed |
| 28. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 29. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 30. | Crossing Pointe | Unsecured | | No Claim Filed |
| 31. | Credit Collection | Unsecured | | No Claim Filed |
| 32. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 33. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 34. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 35. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 36. | FCNB Master Trust | Unsecured | | No Claim Filed |
| 37. | HSBC | Unsecured | | No Claim Filed |
| 38. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 39. | Medical Collections | Unsecured | | No Claim Filed |
| 40. | Medical Collections | Unsecured | | No Claim Filed |
| 41. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 42. | Midland Credit Management | Unsecured | | No Claim Filed |
| 43. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 44. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 45. | Wfcb/Blair Catalog | Unsecured | | No Claim Filed |
| 46. | Verizon Wireless | Unsecured | | No Claim Filed |
| 47. | AFNI | Unsecured | | No Claim Filed |
| 48. | Tribute/Fbold | Unsecured | | No Claim Filed |
| 49. | Blair Corporation | Unsecured | | No Claim Filed |
| 50. | Medical Collections | Unsecured | | No Claim Filed |

_____                        _____
$ 94,567.72                        $ 3,282.62

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 187.38 |

_____
$ 187.38

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: